FILED ___ ENTERED
___ LOGGED ___ RECEIVED

DEC 28 2016

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY

## AFFIDAVIT IN SUPPORT OF COMPLAINT & ARREST WARRANT

I, Johnnie Meadors, a Special Agent (SA) with the Bureau of Alcohol and Firearms (ATF), Baltimore Division, Baltimore, Maryland, being duly sworn, depose and state as follows:

### PURPOSE OF THE AFFIDAVIT

1. This affidavit is made in support of a criminal complaint and arrest warrant for Joseph Goldman ("GOLDMAN"), DOB xx/xx1981, SSN: xxx-xx-2595, 3501 Taney Road, Baltimore, Maryland 21215, for violation of Title 26, United States Code, Sections 5841, 5861 (d) (unlawful possession of unregistered firearms), and Title 26, United States Code, Sections 5841, 5861 (f) (making of a firearm).

### AGENT BACKGROUND

2. I am a Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and am currently assigned to a High Intensity Drug Trafficking Area (HIDTA) group, comprised of ATF agents and detectives from the Baltimore Police Department (BPD). I have been employed by the ATF since 2014. Prior to becoming a special agent, I received a Ph.D. from Indiana University and was an assistant in an Organized Crime Drug Enforcement Task Force (OCDETF) group from 2009 through 2011. I have participated in investigations focusing on Controlled Dangerous Substance (CDS) trafficking, home invasions, gangs and illegal firearms. I have conducted covert surveillance of suspected CDS traffickers, interviewed individuals involved in the CDS trafficking trade, participated in a Title III wiretap investigation, as a member of surveillance teams, participated in the execution of federal search and arrest warrants involving CDS traffickers and violent offenders, and participated in the seizure of firearms and CDS. I have participated in the arrest for controlled dangerous substances (CDS), violent crime, and firearms violations. I have authored Title III wiretap investigations and/or

JM 12/28/16

executed search and arrests warrants related to CDS, violent crime, and firearms violations. I am familiar with the identification, methods of distribution, prices of controlled dangerous substances, and firearms identification. I have testified in the United States District Court for the District of Maryland.

3. As a federal agent, I am authorized to investigate violations of laws of the United States and am a law enforcement officer with the authority to make arrests and execute warrants issued under the authority of the United States.

4. The statements in this affidavit are based in part on information provided by Special Agents of the ATF, as well as documents and reports prepared by investigators of the Baltimore City Police Department, and on my experience and background as a Special Agent of the ATF. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and arrest warrant, and does not set forth all of my knowledge concerning the investigation.

## STATUTORY PROVISIONS

5. I am aware that title 26 U.S.C. §5861 makes it unlawful for a person to possess or make a firearm (as that term is defined 26 U.S. Code § 5845) that is not registered to that person.

6. 26 U.S.C. § 5861 reads as follows:

It shall be unlawful for any person—

\*\*\*

(d) to receive or possess a firearm which is not registered to him in the National Firearms Registration and Transfer Record; or

\*\*\*

(f) to make a firearm in violation of the provisions of this chapter;

7. I am also aware that 26 U.S. Code § 5845 contains the following definitions of a firearm:

2

(a) Firearm - The term "firearm" means
  (1) a shotgun having a barrel or barrels of less than 18 inches in length;
  (2) a weapon made from a shotgun if such weapon as modified has an overall length of less than 26 inches or a barrel or barrels of less than 18 inches in length;
  (3) a rifle having a barrel or barrels of less than 16 inches in length;
  (4) a weapon made from a rifle if such weapon as modified has an overall length of less than 26 inches or a barrel or barrels of less than 16 inches in length;
  ***
  (7) any silencer (as defined in section 921 of title 18, United States Code).[1]

## PROBABLE CAUSE

8. In November and December 2016, detectives from the Baltimore City Police Department, Criminal Investigation Division Child Abuse Unit (BCPD-Child Abuse) were investigating allegations of first degree rape, intimidation with a firearm, and related charges committed by GOLDMAN against a minor victim.

9. On December 14, 2016, Detective Michael Hansen swore out a search and seizure warrant for 3501 Taney Rd, Baltimore, Maryland, 21215 – GOLDMAN's residence. The warrant was signed by the Honorable David B. Aldouby of the District Court for Baltimore City. An arrest warrant charging GOLDMAN with first degree rape, sex offense, child abuse, false imprisonment and related charges was also obtained.

10. On December 19, 2016, at approximately 7:30 am, members of the BCPD-Child Abuse executed the warrant at GOLDMAN's residence at 3501 Taney Rd, Baltimore, Maryland, 21215. At the time the search warrant was executed, GOLDMAN, his wife, and two young children were present in the residence. Once in the residence, BCPD-Child Abuse placed

---

[1] 18 U.S.C. § 921 contains the following definition:
(24) The terms "firearm silencer" and "firearm muffler" mean any device for silencing, muffling, or diminishing the report of a portable firearm, including any combination of parts, designed or redesigned, and intended for use in assembling or fabricating a firearm silencer or firearm muffler, and any part intended only for use in such assembly or fabrication.

JM 12/28/16

GOLDMAN under arrest. During the search of GOLDMAN's residence, investigators discovered a cache of suspected illegal firearms, and then contacted the ATF and I was notified.

11. I arrived at the location and discovered the following items, which were later seized:

    a. **A 556 Short Barrel AR-15 Long Gun ("AR-15 Long Gun") (recovered from behind the couch in the first floor living room)**;

    b. **A Silver 6.5 inch Silencer (attached to the AR-15 Long Gun)**;

    c. **A Mossberg 12 Gauge Short Barrel Shotgun, Serial # U487995 ("Mossberg Short Barrel Shotgun") (recovered from Goldman's bedroom)**;

    d. A Sig Sauer semiautomatic pistol, serial # 248151397) **(recovered from Goldman's bedroom)**;

    e. A Springfield Armory semiautomatic pistol, model XD, serial # US716278 **(recovered from Goldman's bedroom)**; and

    f. Miscellaneous ammunition (20 rounds), miscellaneous solvent traps, pvc pipe caps, a machine vice (including lower receiver), miscellaneous gun parts, and miscellaneous tools (drills).

### Violations of the National Firearms Act ("NFA"):

12. The barrel of the AR-15 Long Gun was less than 16 inches, and the barrel of the Mossberg Short Barrel Shotgun was less than 18 inches, and therefore both meet the definition of a "firearm" under the NFA.

13. Based on my training at the National Academy of the Bureau of Alcohol, Tobacco, Firearms and Explosives, my examination of the firearms recovered and consultation with the Firearms Technology Branch, I determined the following:

12/28/16 JM

      a.    The AR-15 Long Gun is a rifle as that term is defined in 26 U.S. Code § 5845; and

      b.    The Mossberg Short Barrel Shotgun is a shotgun as that term is defined in 26 U.S. Code § 5845.

14.    Based on my training at the National Academy of the Bureau of Alcohol, Tobacco, Firearms and Explosives, my examination of the firearms recovered and consultation with the Firearms Technology Branch, I determined the AR-15, the Silencer, and the Mossberg Short Barrel Shotgun, were not registered under the NFA, thus GOLDMAN's possession of these firearms was in violation of title 26 U.S.C. §5861.

## CONCLUSION

15.    Based on the foregoing, I respectfully submit that there is probable cause to believe that JOSEPH GOLDMAN knowingly possessed unregistered firearms in violation of 26 U.S.C. §§ 5841, 5861 (d), and knowingly made a firearm in violation the National Firearms Act in violation of 26 U.S.C. §§ 5841, 5861 (f).

_____
Special Agent Johnnie Meadors
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn and subscribed before me
this 28th day of December, 2016

_____
HONORABLE THOMAS M. DIGIROLAMO
UNITED STATES MAGISTRATE JUDGE

JM 12/28/16