# UNITED STATES OF AMERICA

### vs.

## JOSEPH GOLDMAN

**Criminal No. 16-3356 TMD**                    **Government Exhibits**

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 1 | 1/6/17 | 1/6/17 | Map |
| 2 | 1/6/17 | 1/6/17 | Photograph – Gun |
| 3 | 1/6/17 | 1/6/17 | Photograph – Gun |
| 4 | 1/6/17 | 1/6/17 | Photograph – Gun |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2017 JAN 10 AM 9: 05
CLERK'S OFFICE
AT BALTIMORE
BY_____ DEPUTY