# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | *  Case No. 17-0009 MJG |
| v. | * |
| | * |
| JOSEPH GOLDMAN | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO WITHDRAW AS COUNSEL

Steven H. Levin respectfully moves this Honorable Court to withdraw as counsel for defendant. Undersigned counsel represented the defendant in two detention hearings prior to the defendant's indictment. Since his indictment, the defendant has indicated that he wishes to obtain the services of an Assistant Federal Public Defender as a result of financial issues. He has completed a financial affidavit.

WHEREFORE, it is respectfully requested that this Honorable Court allow undersigned counsel to withdraw as counsel for Joseph Goldman and appoint a lawyer from the Office of the Federal Public Defender for the reasons stated above.

Respectfully Submitted,

_____/s/_____
Steven H. Levin (Bar No. 28750)
LEVIN & CURLETT LLC
300 E. Lombard Street, Suite 1510
Baltimore MD 21202
410.685.4444