IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | CRIMINAL NO. MJG 17-0009 |
| JOSEPH GOLDMAN | * | |
| Defendant | * | |

************

## MOTION TO SUPPRESS STATEMENTS

The defendant, Joseph Goldman, by and through his attorney Nicholas J. Vitek, Assistant Federal Public Defender for the District of Maryland, hereby moves this Honorable Court, pursuant to Rule 12(b)(3) of the Federal Rules of Criminal Procedure, to suppress any and all statements, admissions and confessions allegedly given by the defendant, whether oral, written or otherwise recorded, which the government proposes to use as evidence against the defendant at trial, and in support of the motion alleges as follows:

1. Mr. Goldman is charged in a three count indictment with possession of firearms in violation of 26 U.S.C. § 5861, possessing a regulated firearm without having paid the required tax..

2. From the discovery obtained from the government, it appears that certain statements were obtained from Mr. Goldman by government agents. Any statements, admissions, or confessions were obtained in violation of Mr. Goldman's privilege against self-incrimination, his right to counsel as guaranteed by the Fifth and Sixth Amendments to the United States Constitution, and the Supreme Court's holding in Miranda v. Arizona, 384 U.S. 436 (1966).

3. Moreover, any statements, admissions, or confessions were involuntary and made in violation of the Due Process Clause of the Fifth Amendment.

4. Lastly, Mr. Goldman is entitled to a hearing regarding the voluntariness of any statements, admissions, or confessions attributed to him in accordance with the provisions of Title 18 U.S.C. § 3501 and the principles set forth in the case of United States v. Inman, 352 F.2d 954 (4th Cir. 1965).

**WHEREFORE**, Mr. Goldman moves that all statements, admissions and confessions which the government proposes to use as evidence against him, whether oral, written or otherwise recorded, be suppressed.

Respectfully submitted,

_____/s/_____
Nicholas J. Vitek #029062
Assistant Federal Public Defender
Tower II - 9TH Floor
100 South Charles Street
Baltimore, Maryland 21201
 (410) 962-3962 (t)
(410) 962-0872 (f)
Email: Nicholas_vitek@fd.org

## POINTS AND AUTHORITIES

1. <u>Miranda v. Arizona</u>, 384 U.S. 436 (1966).

2. <u>United States v. Inman</u>, 352 F.2d 954 (4th Cir. 1965).

_____/s/_____
Nicholas J. Vitek

## REQUEST FOR HEARING

Pursuant to Rule 105.6 of the Local Rules of the United States District of Maryland, a hearing is requested on Mr. Badillo's Motion.

_____/s/_____
Nicholas J. Vitek